UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND J. KELLER, et al., | CASE NO. C25-1005JLR |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF MOUNTLAKE TERRACE, et al., | |
| Defendants. | |

On September 23, 2025, the court entered an order dismissing *pro se* Plaintiffs Raymond J. Keller, Jolene V. Johnson, Jeffery M. Johnson, Ryan S. Arnold, and Kelsey N. Donavan's (together, "Plaintiffs") complaint after 28 U.S.C. § 1915(e)(2)(B) review. (9/23/25 Order (Dkt. # 11); *see* Compl. (Dkt. # 10).)  Specifically, the court (1) dismissed Plaintiffs' 42 U.S.C. § 1983 claims against Defendants the Mountlake Terrace Police Department and Mountlake Terrace Code Enforcement and their illegal abatement claim under RCW 7.48.230 with prejudice and without leave to amend; and (2) dismissed

ORDER - 1

1  Plaintiffs' remaining claims with leave to amend.  (9/23/25 Order at 8-9.)  The court
2  granted Plaintiffs leave to file an amended complaint by no later than October 21, 2025,
3  and instructed them that failure to file an amended complaint by that deadline would
4  result in the dismissal of this action.  (*Id.* at 9.)  Plaintiffs did not file an amended
5  complaint by October 21, 2025.  (*See generally* Dkt.)

6  Accordingly, the court (1) DISMISSES Plaintiffs' § 1983 claims against the
7  Mountlake Terrace Police Department and Mountlake Terrace Code Enforcement and
8  Plaintiffs' illegal abatement claim under RCW 7.48.230 with prejudice; and
9  (2) DISMISSES Plaintiffs' remaining claims without prejudice.  The Clerk is
10  DIRECTED to close this case.

11  Dated this 24th day of October, 2025.

JAMES L. ROBART
United States District Judge